PER CURIAM.
Affirmed. Clifford Ragsdale, Inc. v. Morganti, Inc., 356 So.2d 1321 (Fla. 4th DCA 1978); Neida’s Boutique, Inc. v. Gabor and Company, 348 So.2d 1196 (Fla. 3d DCA 1977); Weiner v. Lozman and Weinberg, P. A., 340 So.2d 1247 (Fla. 3d DCA 1976); Miami Auto Auction, Inc. v. Friendly Enterprises, Inc., 257 So.2d 69 (Fla. 3d DCA 1972); Reynolds v. Deep South Sports, Inc., 211 So.2d 37 (Fla. 2d DCA 1968).